UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

51382 GRATIOT AVENUE HOLDINGS, LLC,

      Plaintiff,

v.                                   Case No. 11-CV-12047

CHESTERFIELD DEVELOPMENT COMPANY, LLC, et al.,

      Defendants.
_____/

**ORDER SETTING BRIEFING SCHEDULE**

On September 7, 2011, the court conducted a telephone conference in the above-captioned matter. During the conference, the court discussed with the parties the briefing schedule and hearing date for Plaintiff's pending motions for summary judgment. Accordingly,

IT IS ORDERED that, by **October 5, 2011**, Defendants shall file a combined brief responding both to Plaintiff's "Motion for Summary Judgment" [Dkt. #36] and to Plaintiff's "Motion for Summary Judgment on Defendants' Counterclaims" [Dkt. #49]. IT IS FURTHER ORDERED that, if Defendants elect to file their own motion for judgment, Defendants shall include any such motion within the October 5, 2011 combined response brief, and leave is specifically granted to do so pursuant to Local Rule 7.1. *See* E.D. Mich. LR 7.1(d)(1)(A). Plaintiff shall file a combined reply and response to

Defendants potential motion for judgment by **October 12, 2011**.[1]  The hearing date for all motions will remain **October 26, 2011 at 2:00 p.m.**, consistent with the court's September 6, 2011 "Notice of Motion Hearing" [Dkt. #51].

        S/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated:  September 8, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 8, 2011, by electronic and/or ordinary mail.

        S/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522

S:\Cleland\JUDGE'S DESK\C2 ORDERS\11-12047.51382GRATIOTAVEHOLDINGS.BriefingSchedule.set.wpd

---

[1] If either party needs additional pages or wishes to file any additional briefs, they must first ask the court's permission by contacting the court's case manager.