# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

51382 GRATIOT AVENUE HOLDINGS, LLC,

    Plaintiff,

v.                                    Case No. 11-CV-12047

CHESTERFIELD DEVELOPMENT COMPANY, LLC, et al.,

    Defendants.
                              /

**ORDER TERMINATING AS MOOT PLAINTIFF'S EMERGENCY MOTION FOR PROTECTIVE ORDER AND PLAINTIFF'S EMERGENCY MOTION TO EXPEDITE CONSIDERATION OF ITS EMERGENCY MOTION FOR PROTECTIVE ORDER**

On September 9, 2011, Plaintiff filed an emergency motion seeking a protective order as to the timing of the deposition of its expert witness, Bruce G. Knapp.  Plaintiff also filed a motion to expedite consideration of its emergency motion, as Defendants had noticed Mr. Knapp's deposition for September 13, 2011.  On the afternoon of September 9, 2011, the court conducted a telephone conference regarding this matter.  During the conference, the parties informed the court that the issues underlying Plaintiff's emergency motion had been resolved.  Accordingly,

IT IS ORDERED that Plaintiff's "Emergency Motion for Protective Order" [Dkt. # 55] and Plaintiff's "Emergency Motion to Expedite Consideration of Plaintiff's Emergency Motion for Protective Order" [Dkt. # 56] are TERMINATED AS MOOT.

                                             S/Robert H. Cleland
                                             ROBERT H. CLELAND
                                             UNITED STATES DISTRICT JUDGE

Dated:  September 13, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 13, 2011, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C2 ORDERS\11-12047.51382GRATIOTAVEHOLDINGS.TerminateEmerMotProtOrder.set.wpd