UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

## EXHIBITS INDEX

| Exhibit | Description |
|---|---|
| A | Proposed Order Discharging Receiver |
| B | Proposed Judgment |

19,711,601.1\131315-00084