**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

51382 GRATIOT AVENUE HOLDINGS, LLC,

    Plaintiff/Counter-Defendant,

v.                                         Case No. 2:11-cv-12047

CHESTERFIELD DEVELOPMENT COMPANY,
LLC and JOHN DAMICO,

    Defendants/Counter-Plaintiffs.
                                                 /

**JUDGMENT**

In accordance with the court's "Opinion and Order Granting Plaintiff's Motion for Summary Judgment on the Complaint, Granting Plaintiff's Motion for Summary Judgment on Defendants' Counterclaims, and Directing Defendants to Show Cause," dated December 12, 2011,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff 51382 Gratiot Avenue Holdings, LLC, and against Defendants Chesterfield Development Company and John Damico, jointly and severally, in the amount of $11,963,724.99, plus (i) interest at the rate of 10.41% from May 10, 2011, to the date of entry of this Judgment, and (ii) postjudgment interest in accordance with 28 U.S.C. § 1961(a). Dated at Detroit, Michigan, this 31st day of January, 2012.

                                                        DAVID J. WEAVER
                                                        CLERK OF THE COURT

                                   BY:  s/Lisa Wagner
                                           Lisa Wagner, Deputy Clerk
                                           and Case Manager to
                                           Judge Robert H. Cleland